IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID GONZALES,

        Plaintiff,

v.                                                  No. CIV-16-0045 SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

        Defendant.

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through September 2, 2016, to serve his Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through October 31, 2016, to serve her Response, and Plaintiff through November 28, 2016, to serve his Reply.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge
Presiding by Consent

Submitted and Approved By:


*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860


Email Approval on August 5, 2016
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax