IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID MICHAEL GONZALES,

     Plaintiff,

vs.                                                                                           No. CV 16-45 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

     Defendant.

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Motion to Extend Briefing Deadlines;

**IT IS THEREFORE ORDERED** that:

1. **On or before January 13, 2017**, Plaintiff may file and serve a reply, in accordance with D.N.M.LR-Civ. 7.3.

**IT IS FURTHER ORDERED** that supporting memoranda filed pursuant to this order shall cite the transcript of record when making assertions of fact, and that propositions of law shall be supported by citations to authority.

**IT IS FURTHER ORDERED** that all requests for extension of time altering the deadlines set in this Order shall be made by written motion filed with the Court pursuant to Rule 7 of the Federal Rules of Civil Procedure and D.N.M.LR-Civ. 7.

**IT IS SO ORDERED.**

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:
*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Email Approval on 12/16/16
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
U.S. Attorney's Office District of New Mexico
P.O. Box 607 Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax

2